UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SHANET VIRUET,

                              Plaintiff,                           **ORDER**

                   -against-                              **16-CV- 8327 (JGK) (KHP)**

THE CITY OF NEW YORK et al.,

                              Defendants.
----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Court is in receipt of Plaintiff's doctor's note.  At Plaintiff's request, an unredacted

copy of the note will not be filed on ECF.  Instead, the note will be filed under seal.  The Court is

also in receipt of the parties' status letter describing the current status of discovery.  On

October 29, 2019, this Court set a deadline of April 30, 2020 for the completion of all discovery.

The Court will not extend this deadline absent good cause.

        The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.

        SO ORDERED.

Dated: February 4, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2020