USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHANET VIRUET,

                Plaintiff,

      -against-

THE CITY OF NEW YORK et al.,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

16-CV- 8327 (JGK) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of Plaintiff's letter at Docket Number 129, the Court hereby instructs the parties to exchange discovery requests and documents via **both** email and regular mail.  If she has not done so already, Plaintiff is hereby directed to email her initial disclosures to Defendants by no later than **February 14, 2020**. As previously held by this Court, Plaintiff will not be permitted to amend her Complaint.  (Doc. No. 119.)  As such, the only remaining claims in this action are those that survived Defendants' Motion to Dismiss.  (*See* Doc. No. 98.)   The Court expects the parties to meet and confer throughout the discovery process, both in compliance with this Court's orders and with Federal Rule of Civil Procedure 1, which requires the Court and the parties to construe, administer, and employ the Federal Rules in a manner that ensures the "just, speedy, and inexpensive determination of every action and proceeding."

      The parties are directed to meet and confer **before the February 19, 2020 status conference**.  The parties should come to the conference prepared to provide the Court with a detailed update regarding discovery, including the types of documents the parties will be seeking, the names of the individuals who will be deposed, and the dates of those depositions.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: February 7, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge