USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHANE VIRUET,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK, and BILL DE BLASIO,
ROBERT FLYNN, FIDEL DELVALLE, LORELEI
SALAS, JULIE MENIN, SANFORD COHEN,
JORDAN COHEN, TAMALA BOYD, MATILDA
SARPONG, MICHAEL TIGER, MAUREEN BROOKS,
and MANUEL MENJIVAR, individually and in their
capacities as officials and employees of the City of New York,
SAUL FISHMAN, the president of the Civil Service Bar
Association, and LOCAL 237 BROTHERHOOD OF
TEAMSTERS and its affiliate THE CIVIL SERVICE
BAR ASSOCIATION,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

16-CV- 8327 (JGK) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The status conference and oral argument scheduled for March 31, 2020 at 4:00 p.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code). Defendant is directed to email a copy of this order to Plaintiff.

       **The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

       SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge