**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**SHANET VIRUET,**

                      Plaintiff,                      16 **CIVIL** 8327 (JGK)

       -against-                                    **JUDGMENT**

**CITY OF NEW YORK et al.,**

                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 31, 2020, it is clear that the time for Objections to the Report and Recommendation has passed and no Objections were filed, despite the four extensions of time granted by this Court; Moreover, the Court finds that the Report and Recommendation are thorough and well-founded and should be adopted. Therefore, for the reasons stated above, and in the Report and Recommendation, the plaintiff's action is dismissed with prejudice, but without any imposition of costs or attorney's fees.

**Dated:**  New York, New York
          July 31, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                                          **BY:**
                                                           **Deputy Clerk**