```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SHANET VIRUET, | 16 Civ. 08327 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| CITY OF NEW YORK et al., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

By Order dated September 2, 2020, this Court granted reconsideration of its Order adopting the Report and Recommendation of the Magistrate Judge recommending that the Court dismiss this case, and the Court extended the plaintiff's time to file Objections to the Magistrate Judge's Report and Recommendation dated May 1, 2020 until September 18, 2020. In view of the fact that the Court had previously granted four extensions of time to file Objections, the Court warned that no further extensions of time would be granted. Despite the fact that this was the fifth extension of time to file Objections to the Report and Recommendation, and that over five months have passed after the Report and Recommendation were issued, the plaintiff filed no Objections or any request for any extension. The time to file Objections has again passed.

Therefore, for all of the reasons the Court previously explained in its Memorandum Opinion and Order dated July 31, 2010, when it adopted the Report and Recommendation of the Magistrate

Judge dated May 1, 2020, the plaintiff's action is dismissed with prejudice pursuant to Rules 37(b) and 41(b) of the Federal Rules of Civil Procedure, and the defendants' request for attorney's fees and costs is denied. To the extent that the Clerk's Judgment dated July 31, 2020, dismissing this case may have been suspended in view of this Court's Order granting reconsideration, that Judgment is now reinstated.

    A copy of this Order will be mailed to the plaintiff.

**SO ORDERED.**

**Dated:**    New York, New York
            October 14, 2020

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/14/2020

Copy mailed to pro se party(ies) at docket address